# *Pillersdorf, DeRossett & Lane*

*Attorneys at Law*
124 West Court Street
Prestonsburg, Kentucky 41653
E-mail: pillersn@bellsouth.net
www.Pillersdorflaw.com

Ned Pillersdorf Admitted in Kentucky and Mississippi (Disaster Assistance Program)
Gerald DeRossett
Joseph Lane
Ryan Allison
John Rosenberg (Of Counsel)

(606) 886-6090
Facsimile: (606) 886-6148

December 5, 2005

Judge. Charles Brieant
United States District Court
United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

VIA FACSIMILE: (914)390-4085

RE:  Larry Rowe

Dear Judge Brieant:

*03 CR. 240 (a ˪ B)*

Per my office's conversation with your office please consider this letter a written confirmation that you have agreed to a continuance of two weeks regarding the sentencing hearing for my client Larry Rowe. It is my understanding that the sentencing hearing is rescheduled for December 21, 2005 at 9:15 a.m. I appreciate your understanding and accommodation regarding my family medical emergency.

Thank you for your attention to this matter.

Sincerely,

Ned Pillersdorf

NP:pg
cc: Jonathan New (vis facsimile 212-637-2387)
     Client

# *Pillersdorf, DeRossett & Lane*

*Attorneys at Law*
124 West Court Street
Prestonsburg, Kentucky 41653
E-mail: pillersn@bellsouth.net
www.Pillersdorflaw.com

Ned Pillersdorf Admitted in Kentucky and Mississippi (Disaster Assistance Program)
Gerald DeRossett
Joseph Lane
Ryan Allison
John Rosenberg (Of Counsel)

(606) 886-6090
Facsimile: (606) 886-6148

December 5, 2005

Judge. Charles Brieant
United States District Court
United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

VIA FACSIMILE: (914)390-4085

RE:  Larry Rowe

*03 CR. 240 (C L B)*

Dear Judge Brieant:

As I am writing this letter my wife is in a Kentucky hospital scheduled to have a heart catherization this afternoon December 5, 2005. I am writing to request a brief continuance of the Larry Rowe sentencing hearing. My cousin, Gary Pillersdorf, who resides in Westchester and practices in New York City may be available to do the sentencing but is hesitant to do so based on his lack of experience handling criminal mattes. I have not discussed any of this with my client, in that the medical situation with my wife arose early this morning.

Thank you for your attention to this matter. I look forward to hearing from you.

Sincerely,

Ned Pillersdorf

NP:pg
cc: Jonathan New (vis facsimile 212-637-2387)
    Client